IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID E. SIERRA-LÓPEZ

                                      Plaintiff,

      v.

TONY EVERS, KEVIN A. CARR
AND SUSAN NOVAK,

                                      Defendants.

ORDER

20-cv-389-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff David E. Sierra-López is a prisoner at Columbia Correctional Institution. He has filed a proposed civil action under 42 U.S.C. § 1983, alleging that the warden of Columbia Correctional Institution, Susan Novak, has refused to release him despite an order from the United States District Court for the Eastern District of Wisconsin requiring her to do so. Plaintiff's complaint is before the court for screening under 28 U.S.C. § 1915A, to determine whether his complaint should be dismissed as frivolous, malicious, for failure to state a claim upon which relief may be granted, or because plaintiff seeks monetary relief from a defendant who is immune from such relief.

      I am dismissing plaintiff's complaint because it is without merit. Plaintiff submitted with his complaint "orders" captioned from the Eastern District of Wisconsin, but the orders are handwritten and signed by plaintiff, as "David Enrique Sierra-López, District judge." Dkt. #5-4. Plaintiff is not a federal judge and does not have authority to order himself to be released. My review of court records shows that plaintiff has no cases in the Eastern

1

District of Wisconsin, and that the Eastern District has not ordered his release. Plaintiff's other arguments and allegations also do not support any federal claim. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that plaintiff David E. Sierra-López's complaint is DISMISSED for failure to state a claim upon which relief may be granted. Plaintiff is assessed a strike under 28 U.S.C. § 1915(g).

Entered this 22d day of June, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge