IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LÓPEZ,

    Plaintiff,

    v.                                            Case No.  20-cv-389-bbc

TONY EVERS, KEVIN A. CARR,
AND SUSAN NOVAK,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 6/22/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |