IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

2020 JUN 29 AM 11:03

DAVID E. SIERRA LÓPEZ,
    Plaintiff,

NOTICE OF APPEALS

v.

Docket No. 12

GOVERNOR OF THE STATE OF
WISCONSIN TONY EVERS,
SECRETARY OF THE STATE OF
WISCONSIN KEVIN A. CARR,
and WARDEN OF COLUMBIA
CORRECTIONAL INSTITUTION
SUSAN NOVAK,
    Defendants.

Notice is hereby given that DAVID E. SIERRA LÓPEZ, Plaintiff above named, hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT OF WISCONSIN from the FINAL JUDGMENT entered in this action on the 22nd day of June, 2020.

Dated this 24th day of June, 2020.

s/ DAVID ENRIQUE SIERRA LÓPEZ
DAVID ENRIQUE SIERRA LÓPEZ