IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID E. SIERRA-LÓPEZ

                                                   ORDER

               Plaintiff,

                                            20-cv-389-bbc

    v.

TONY EVERS, KEVIN A. CARR
AND SUSAN NOVAK,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On June 22, 2020, I dismissed pro se plaintiff David E. Sierra-López's complaint in which he alleged that the warden of Columbia Correctional Institution had refused to release him despite an order from the United States District Court for the Eastern District of Wisconsin requiring her to do so. I concluded that plaintiff's complaint was without merit because the Eastern District had not ordered that he be released.

Now plaintiff has filed a motion for reconsideration, dkt. #13, but he has not identified any legal or factual errors in my prior decision. Plaintiff continues to assert that he should be released, but he has alleged no facts suggesting that he is being held in violation of the constitution or that his federal rights have been violated in any way. Therefore, I will deny his motion.

ORDER

IT IS ORDERED that plaintiff David E. Sierra-López's motion for reconsideration,

dkt. #13, is DENIED.

Entered this 17th day of July, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge